IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARCUS O. TATE, also known as Marcus O. Tate-El-Bey-Tey-Washitaw, )<br>)<br>)<br>)<br>   Plaintiff,           )<br>                      )<br>   v.                 )<br>                      )<br>SOCIAL SECURITY       )<br>ADMINISTRATION, et al., )<br>                      )<br>   Defendants.         ) | CIVIL ACTION NO.<br>2:15cv856-MHT<br>(WO) |

OPINION

Plaintiff, a state prisoner, filed this lawsuit making various claims for relief against the Social Security Administration and others. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for plaintiff's failure to pay the filing and administrative fees upon his initiation of this case. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court

concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of December, 2015.

                              /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**